**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| FILED | LODGED |
|---|---|
| RECEIVED | COPY |

**United States of America**

v.

**Michelle Stewart**

**Case Number: 26-01001 MJ**

JAN 2 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

**Charging District's Case No. 24-cr-57-01-JTDEFSMY**

**WAIVER OF RULE 5 & 5.1 HEARINGS**

**(Complaint or Indictment)**

I understand that I have been charged in another district, the United States District Court, District of New Hampshire.

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)   a hearing on any motion by the government for detention;

(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☒   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   January 2, 2026

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney (if any)*

BRUCE VANCEY

_____
*Printed name of defendant's attorney (if any)*

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America** | **Case Number: 26-01001MJ** |
| **v.** | **Charging District's Case No.** |
| **Michelle Stewart** | 24-cr-57-01-JT-TSM |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of New Hampshire.  The defendant may need an interpreter for this language: _____.

The defendant:    ☐  will retain an attorney.

                      ☒  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated this 2nd day of January, 2026.

_____
Honorable James F. Metcalf
United States Magistrate Judge

AO 94 (Rev. 06/09)  Commitment to Another District