UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 24-CR-57-JL |
| MICHELLE STEWART | ) ) ) | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States of America, through undersigned counsel, hereby moves this Court to dismiss the Indictment in the above-captioned case, under Fed. R. Crim. P. 48(a), due to the defendant's death, which has been confirmed by the United States Marshals Service.

Dated:  January 20, 2026                    Respectfully submitted,

                                       ERIN CREEGAN
                                       Acting United States Attorney

                         By:   _____
                                       Cesar Vega
                                       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded via ECF filing to all counsel of record.

                                       _____
                                       Cesar Vega
                                       Assistant U.S. Attorney