FILED - USDC -NH
2026 FEB 6 PM4:02

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Tracy A. Uhrin, Clerk of Court                    Telephone: 603-225-1423
Karen A. Gorham, Chief Deputy Clerk              Web: www.nhd.uscourts.gov

February 5, 2026

To:          U.S. Attorney's Office

From:        Kellie Otis, Deputy Clerk

Re:          Case No. 24-cr-57-JL, USA v. Michelle Stewart

        Enclosed find exhibit(s) listed below.  Please sign this acknowledgment and return it to the Clerk's Office in the enclosed envelope.

EXHIBITS: #47, 4/2/2026 Trial Exhibit

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: _____2/5/26_____    By: _____

Counsel for: _____